## Commonwealth *v.* Hancock, Appellant.

Argued March 9, 1970. *Jo-*

*seph F. O'Kicki,* with him *C. Russell Welsh, Jr.,* for appellant; *Jerome T. Foerster,* Assistant District Attorney, with him *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.